JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JONATHAN Y. Y., | Case No. 2:24-cv-05444-MWC (DTB) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: January 21, 2025

_____
MICHELLE WILLIAMS COURT
United States District Judge